IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10090-JDB |
| LORNA SHANNA KEITH, | ) | |
| Defendant. | ) | |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on May 15, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Lorna Shanna Keith, appearing in person, and with counsel, Patrick Stegall.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, AUGUST 14, 2019 at 10:30 A.M., before J. Daniel Breen.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 15th day of May, 2019.

s/ J. Daniel Breen
DISTRICT JUDGE, U. S. DISTRICT COURT