IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No. 1:18-cr-10090-JDB-1

LORNA SHANNA KEITH,

    Defendant.

ORDER DIRECTING CLERK TO OPEN CASE AND FILE DOCUMENT

The Defendant, Lorna Shanna Keith, filed a letter on December 16, 2019, alleging that the Federal Bureau of Prisons (the "BOP") is not giving her "prior credits" for the time she spent in state custody. (Docket Entry ("D.E.") 48 at PageID 114.) The letter is in the nature of a petition pursuant to 28 U.S.C. § 2241. *See Pierce v. United States*, No. 3:12-0121, 2012 WL 1900921, at *2 n.2 (M.D. Tenn. May 24, 2012) (citing *Sutton v. United States,* 172 F.3d 873 (6th Cir. 1998)) ("a prisoner's challenge to the execution of [her] sentence, including the determination of credit[s] . . . must be filed under 28 U.S.C. § 2241"); *McCoy v. Stephens*, No. 2:12-cv-02975-STA-cgc, 2014 WL 4809946, at *2 (W.D. Tenn. Sept. 26, 2014) (§ 2241 is proper vehicle for challenging BOP's decision not to apply credits for prior state custody).

The Clerk is therefore DIRECTED to open a new civil case in which the document at D.E. 48 in the present case is filed as a case-initiating § 2241 petition.

IT IS SO ORDERED this 6th day of January 2020.

                              s/ J. DANIEL BREEN
                              UNITED STATES DISTRICT JUDGE